# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Bruno J. Grinis

v.

P.O. Black, Star No. 7322, and Unknown and Unnamed Chicago Police Officers, and the City of Chicago

Case Number:
FILED: JUNE 27, 2008
08CV 3680
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS
EDA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br>Leslie C. McCoy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Leslie C. McCoy |
| FIRM<br>Ed Fox & Associates |
| STREET ADDRESS<br>300 W. Adams Street, Suite 330 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6293331 | TELEPHONE NUMBER<br>(312) 345-8877 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES   NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES   NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES   NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |