U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 C 3680

Bruno J. Grinis, Plaintiff,
v.
City of Chicago, et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago

| | |
|---|---|
| NAME (Type or print) <br> SUSAN E. SULLIVAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Susan E. Sullivan | |
| FIRM <br> SWANSON, MARTIN & BELL, LLP | |
| STREET ADDRESS <br> 330 N. WABASH AVE., STE. 3300 | |
| CITY/STATE/ZIP <br> CHICAGO, IL  60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6238201 | TELEPHONE NUMBER <br> 312-222-8558/ssullivan@smbtrials.com |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |